IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-135-CV





BOBBY D. HUMPHRIES,



 APPELLANT


vs.





CHEMICAL FINANCIAL CORPORATION,



 APPELLEE



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT



NO. 93-05306, HONORABLE F. SCOTT McCOWN, JUDGE PRESIDING



 




PER CURIAM

 The parties have filed a joint motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a)(1)(A).

 The appeal is dismissed.



Before Justices Powers, Aboussie and B. A. Smith

Dismissed on Joint Motion

Filed: September 21, 1994

Do Not Publish